```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| KELECHI LINARDON,        )<br>    Plaintiff,    )<br>                      )<br>    v.            )<br>                        )<br>SANDALY CASTILLO, et al., )<br>    Defendants.   )<br>                        )<br>                        ) | Civil Action No.<br>19-cv-11687-NMG |

**ORDER**

**GORTON, J.**

On October 8, 2019, Kelechi Linardon's motions to in forma pauperis and for extension of time were denied. See Docket No. 8. At that time, she was advised that if she wishes to pursue this action, she must, within 14 days of the date of this order, file a fully-completed Application to Proceed in District Court without Prepaying Fees and Costs. Id. On October 25, 2019, plaintiff filed a pleading entitled "Notice of Withdrawal or Motion to Dismiss. See Docket No. 9.

Plaintiff's request will be treated as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41. Rule 41 permits a plaintiff to dismiss an action without a court order where the plaintiff files a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A)(i).

At this early stage of litigation, plaintiff has the right to voluntarily dismiss this suit without prejudice pursuant to Rule 41(a)(1)(A)(i).

In light of the plaintiff's voluntary withdrawal of this action, the instant action is dismissed without prejudice.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: November 4, 2019